Your Name: Eugene Hart Jr.
Your Address: 166 Turk st. S.F. CA. 94102
Phone Number: (510) 418-5267
Email Address: broussardlarry003@gmail.com
Pro Se Plaintiff

FILED
JAN 15 2026
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Eugene Hart Jr.
Plaintiff,

v.

Antioch Community Federal credit union
Defendant.

CV26-0413

Case Number [leave blank]

TSH

COMPLAINT

DEMAND FOR JURY TRIAL

Yes ☒ No ☐

## I. PARTIES

1. Plaintiff. [Write your name, address, and phone number. Add a page for additional plaintiffs.]

Name: Eugene Hart

Address: #166 TURK ST. Apt.#24 S.F. CA. 94102

Telephone: (510) 418-5267

2. Defendants. [Write each defendant's full name, address, and phone number.]

Defendant 1:

Name: "ACFCU"

Address: #301 'G' Street, Antioch, CA 94509

Telephone: (925) 757-1320

Defendant 2:

Name: Robert L. Hart

Address: #2000 Mount Wilson Ct. Antioch, CA. 94509

Telephone: (925) 7770332

Defendant 3:

Name: Lynette Lewis/Hart

Address: # 2000 Mt. Wilson ct., Antioch, CA. 94509

Telephone: (925) 777-0332

## II. JURISDICTION

Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.

3. My case belongs in federal court

☒ under federal question jurisdiction because it involves a federal law or right.

Which federal law or right is involved?

Human & Legal Rights are involved

☒ under diversity jurisdiction because none of the plaintiffs live in the same state as any of the defendants and the amount of damages is more than $75,000.

## III. VENUE

The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.

4. Venue is appropriate in this Court because:

☐ a substantial part of the events I am suing about happened in this district.

☒ a substantial part of the property I am suing about is located in this district.

☒ I am suing the U.S. government, federal agency, or federal official in his or her official capacity and I live in this district.

☐ at least one defendant is located in this District and any other defendants are located in California.

## IV. INTRADISTRICT ASSIGNMENT

This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka-McKinleyville. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka-McKinleyville division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.

5. Because this lawsuit arose in Contra Costa County, it should be assigned to the San Francisco/Oakland Division of this Court.

## V. STATEMENT OF FACTS

Write a short and simple description of the facts of your case. Include basic details such as where the events happened, when things happened and who was involved. Put each fact into a separate, numbered paragraph, **starting with paragraph number 6**. Use more pages as needed.

I was told to take a loan out To purchase a car which I done, & was told I had to move which had put me at Risk, which caused me not To pay the debt back. Same thing happened to going to College, it put me in a situation where it seems I gave up on my education & went To Jail due To Stressful housing living Situations I had to be in.

(con't) Some thing about this case doesn't seem To be making sense To me. How do I default on my ultimate opportunity To be in control of my finances and Being the creditor Judge for Judgment. on Top of similar situations being that I lost my chance To go to College & Father happened To go To Jail. Seem To be a set up or Just got played by not knowing what it was all that I had to lose. What wasn't I was not aware of? is Information being Withheld? Why was I not aware of all the facts? Why wasn't I informed about all that has actually happened? I feel as if there is some type of Wrongdoing that was committed.

## VI. CLAIMS

**First Claim**

Name the law or right violated:

"My Rights To know, feel violated

Name the defendants who violated it:

Family members, Robert Lee Hart & Lynette Hart

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer to your statement of facts.

At the Time I honestly can say I didn't Know anything about the law. I Believe Both persons I named has something To do with a scheme being Ran on me. I was harmed By Ruining my credit & Education By Evicting me out of the Home I was Living at with those members. I feel some thing more sinister is going on!! I happened to lose a Home, my identity, basically my life & was Told I don't exists, that I AM a Immigrant and other people has made claim To my child and my property was given away.

"Breach" Claim

Name the law or right violated:

Privacy & Creditor Rights Violated

Name the defendants who violated it:

Seem to Be more than one Person

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer to your statement of facts.

Honestly wasn't aware of the law Lacked Knowledge and it seem as if other people whom are not actually Related was allowed to take control of my "pii" without my permission or consent. I found out that there is all sorts of claims being granted to other people with my personal info. Being used to open up Bank accounts and all types of other Accounts opened which people are claiming and filed Bankruptcy which is fraud, By Intentionally Trying to take Advantage of a person that didn't have a clue what it was that was actually going on.

## VII. DEMAND FOR RELIEF

State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount or describe the different kinds of harm caused by the defendant.

I Demand the Truth & facts that was not Told. I Demand To Be compensated for damages pain & Suffering, due to Abusive manipulating practices & Tactics. I want all Im owed if as if im the True & correct person that is owed Rightfully

## VIII. DEMAND FOR JURY TRIAL

Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.

☒ Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: 01/14/26 Sign Name: EH

Print Name: Eugene Hart Jr.

Copy this page and insert it where you need additional space.